E-FILED 09-19-08

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. CR 01-524-GHK |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION |
| ) | PURSUANT TO 18 U.S.C. |
| vs. ) | SECTION 3582(c)(2). |
| ) | |
| SHAWN ALLEN ) | |
| ) | |
| Defendant. ) | |
| ) | |

On May 14, 2008, defendant filed this Motion Pursuant to 18 U.S.C. Section 3582(c)(2). We have considered the motion, and the Government's opposition. Defendant has not filed a reply.

The Government asserts that we do not have jurisdiction over this motion because there is a pending appeal from our prior denial of reconsideration of a prior motion pursuant to 28 U.S.C. Section 2255. In the alternative, the Government argues that this motion fails on the merits. We agree.

Due to the pendency of the appeal, we are without jurisdiction in this case. In the alternative, if we have jurisdiction, we deny defendant's motion on the merits on the grounds stated in the Government's opposition.

Accordingly, this motion is dismissed for lack of jurisdiction. In the alternative, this motion is denied on the merits.

IT IS SO ORDERED.

DATED: SEPTEMBER 19, 2008

_____
George H. King
United States District Judge

2